RECEIVED
SCRANTON

SEP 11 2000

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

JAMES R GREEN
  PETITIONER

case no. 98-2710
   95 CR.0057(BDP)

V

JONATHAN MINER
  WARDEN/RESPONDENT

1: CV 00-1631

MOTION TO PROCEED IN FORMA PAUPERIS

Comes now James R Green pro-se petitioner in above case requesting to proceed in forma pauperis.

Attached is my declaration/affidavit in support of my motion for leave to proceed in forma pauperis.

FILED
SCRANTON

SEP 13 2000

PER _____
DEPUTY CLERK

Respectfully Submitted

*James R Green* (signature)

James R Green
81791-054 AC
P.O. Box 1000
Montgomery PA. 17752
9/9/00

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
MIDDLE        DISTRICT OF PENNSYLVANIA

JAMES R GREEN
_____
(petitioner/plaintiff)


-v-


JONATHAN MINER/ WARDEN
_____
(respondent(s)/defendant(s))

I, __JAMES R GREEN_____, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    $44.00 per month. Bureau Of Prisons
    _____

2. If you are **NOT PRESENTLY EMPLOYED**, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

    _____

3. Have you ever received, within the past twelve months, any money form any of the following sources?

| | | YES | NO |
|---|---|---|---|
| a. | Business, profession, or form of self-employment? | YES ___ | NO ___ |
| b. | Rent payments, interest, or dividends? | YES ___ | NO ___ |
| c. | Pensions, annuities, or life insurance payments? | YES ___ | NO ___ |
| d. | Gifts or inheritances? | YES ___ | NO ___ |
| e. | Any form of public assistance? | YES ___ | NO ___ |
| f. | Any other sources? | YES x | NO ___ |

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

From family appr. 20.00 every other month.

4. Do you own any cash or do you have money in a checking or savings account?

   YES ___   NO x   (Including any funds in prison accounts)
   If the answer is yes, state the total value owned.

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
   YES ___   NO x
   If the answer is yes, describe the property and state its approximate value.

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   I have children but they are not dependant on me at this time.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   N/A

8. State any special financial circumstances which the court should consider in this application.
   I have a fine, that is paid every quarter, $25.00 per quarter. I have a resitution of $450,000 which I still owe.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this __9TH__ day of __September__, 2000

_____
(signature)