JAMES R GREEN
28 FRANKLIN ST. APT. 2
POUGHKEEPSIE NY 12601
(845) 452-1304


COURT CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA 235 NORTH AVE.
SCRANTON PA 18501

FILED
SCRANTON

JAN 2 5 2001

PER _____KMP_____
     DEPUTY CLERK

REFERENCE CASE NO. 1:00-CV-01631                              1/22/01

Dear Sir(s);

I'am requesting that the address for all correspondense in the above referenced case has been changed. Please change the case file to reflect the above address. Please forward all case material and status to the above address effective immediately. Thank you for your help.


Sincerely;

*James R Green*
James R Green