④

2-27-01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA

FEB 23 2001

JAMES R. GREEN,                          :
                                         :        MARY E. D'ANDREA, CLERK
          Petitioner                     :        Per _____
                                         :                    Deputy Clerk
     v.                                  :   CIVIL NO. 1:CV-00-1631
                                         :
JONATHON MINER,                          :   (Judge Kane)
                                         :
          Respondent                     :

## ORDER

NOW, THIS 23rd DAY OF ~~JANUARY~~ February 2001, IT IS HEREBY ORDERED
THAT:

1.   Petitioner's motion to proceed <u>in forma pauperis</u>
     (Doc. No. 2) is granted.

2.   The Clerk of Court is directed to serve a copy
     of the above-captioned petition for writ of habeas
     corpus on Respondent and the United States
     Attorney.

3.   Within twenty (20) days of the date of this order,
     Respondent shall respond to the allegations in the
     petition.

4.   A determination whether Petitioner should be
     produced for a hearing will be held in abeyance
     pending submission of a response.

5.   Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRI[CT]
FOR THE
MIDDLE DISTRICT OF PEN[N]

* * MAILING CERTIFICATE

February 26, [2001]

Re: 1:00-cv-01631   Green v. Miner

True and correct copies of the attached we[re]
to the following:

James R. Green
28 Franklin Street
Apt. 2
Poughkeepsie, NY  12601

cc:
| | | | | |
|---|---|---|---|---|
| Judge | ( ✓ ) | | ( ✓ ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | | ( ) | INS |
| U.S. Marshal | ( ) | | ( ) | Jury Clerk |
| Probation | ( ) | | | |
| U.S. Attorney | ( ) | | | |
| Atty. for Deft. | ( ) | | | |
| Defendant | ( ) | | | |
| Warden | ( ) | | | |
| Bureau of Prisons | ( ) | | | |
| Ct Reporter | ( ) | | | |
| Ctroom Deputy | ( ) | | | |
| Orig-Security | ( ) | | | |
| Federal Public Defender | ( ) | | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: | | |
| | | U.S. Marshal ( )    Pltf's Attorney ( ) | | |
| Standard Order 93-5 | ( ) | | | |
| Order to Show Cause | ( ✓ ) | with Petition attached & mailed certified mail | | |
| | | to:  US Atty Gen  ( ✓ )   PA Atty Gen ( ) | | |
| | | DA of County  ( )   Respondents ( ✓ ) | | |
| Bankruptcy Court | ( ) | | | |
| Other_____ | ( ) | | | |

MARY E. D'ANDREA, Clerk

DATE: __2-26-01__          BY: __JK__
                              Deputy Clerk

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Pro[vided])

Postage    $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $

Postmark
Here

Recipient's Name (Please Print Clearly) (To be completed by mail[er])
David Barasch
Street, Apt. No.; or PO Box No.
PO Box 11754
City, State, ZIP+4
Hbg. PA 17108
PS Form 3800, February 2000    See Reverse for Inst[ructions]

Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $

Recipient's Name (Please Print Clearly) (To be completed by mail[er])
John Ashcroft
Street, Apt. No.; or PO Box No.
10 & Constitution Ave Rm. 51[1]
City, State, ZIP+4
Washington, DC 20530
PS Form 3800, February 2000    See Reverse for Inst[ructions]