**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

U.S. DEPARTMENT OF JUSTICE

C. Signature

X ☐ Agent ☐ Addressee

MAR 2 2001

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

LOC MAILROOM

1. Article Addressed to:

John Ashcroft
U.S. Atty. General
Main Justice Bldg.
Rm 511
10th + Constitution Ave.
Washington, DC 20530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0164 7562    (1 of 2)

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

FEB 27 2001

C. Signature

X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

David Barasch
PO Box 11754
Harrisburg, PA 17108

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0164 7579    (2 of 2)

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

6

3/14

FILED
HARRISBURG

MAR 13 2001

MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

1-CV-00-163
Show
Cause
Order
2/23/01