**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES R. GREEN,
    Petitioner    :    No. 1:CV-00-1631

v.    :    (Judge Kane)

JONATHON MINER,
    Respondent    :

FILED
HARRISBURG, PA
MAR 22 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on the **15th day of March, 2001**, she served a copy of

**GOVERNMENT'S RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which was the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

    James R. Green
    Reg. No. 81791-054
    FPC Allenwood
    P.O. Box 1000
    Montgomery, PA 17752

That on the **22nd day of March, 2001**, the aforementioned document was returned marked "Forwarding Order Expired."

That on the **22nd day of March, 2001**, the aforementioned document was placed in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the current address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

    James R. Green
    Reg. No. 81791-054
    2534 Creston Avenue
    Bronx, NY 10468

ANITA L. LIGHTNER
Paralegal Specialist