IN THE UNITED STATES DESTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES R GREEN
    PETITIONER

No. 1: CV- oo-1631

JUDGE KANE

V

Motion for extension of time

JONATHON MINER
    RESPONDENT

FILED
SCRANTON
APR 0 5 2001
PER _____
DEPUTY CLERK

MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE

The petitioner, petitione!s the court for an extensive of time to respond to the government's response to his 28 U.S.C. 2241. The petitioner states that he is now living at the Bronx half way house located on 2534 Creston Ave. Bronx N.Y. In as such, his access to a law library is limited, and he only allowed to access once a week, if approved. The petitioner respectfully request a extension of 30 days to response to the government. The petitioner received the governments response on 3/26/01. and asked an extension until 4/30/01 to respond.

RESPECTFULLY SUBMITTED

*James R Green*

JAMES R GREEN 81791-054
2534 Creston ave.
Bronx, NY 10468

3/30/01

## CERTIFICATE OF SERVICE

I JAMES R GREEN hereby certifies that a true copy of the petitioner's request for extension of time, has been forward to the following.

>MATTHEW E HAGGERTY
>ASSISTANT U.S. ATTORNEY
>228 WALNUT STREET, 2nd
>FLOOR P.O. BOX 11754
>HARRISBURG, PA. 17108-1754

RESPECTFULLY SUBMITED

*[signature]*

JAMES R GREEN

3/30/01