UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. GREEN, | : |
| Petitioner | : |
| v. | : CIVIL NO. 1:CV-00-1631 |
| JONATHON MINER, | : (Judge Kane) |
| Respondent | : |

ORDER

NOW, THIS 24th DAY OF APRIL, 2001, upon consideration of Petitioner's motion for an extension of time in which to respond to the government's response in the above-captioned petition for writ of habeas corpus, IT IS HEREBY ORDERED THAT said motion (Doc. No. 9) is granted. Plaintiff may file his response on or before April 30, 2001.

YVETTE KANE
United States District Judge

YK:dlb

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           April 24, 2001


Re:   1:00-cv-01631     Green v. Miner



True and correct copies of the attached were mailed by the clerk
to the following:


     James R. Green
     81791-054
     2534 Creston Avenue
     Bronx, NY  10468

     Matthew Edward Haggerty, Esq.
     United States Attorney's Office
     217 Federal Building
     228 Walnut Street
     P.O. Box 11754
     Harrisburg, PA  17108
```

```
cc:                                                  D Belisario
Judge                         (✓)              ( ) Pro Se Law Clerk
Magistrate Judge              ( )              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                         DA of County  ( )   Respondents  ( )
Bankruptcy Court              ( )
Other _____  ( )
                                                 MARY E. D'ANDREA, Clerk
```

4/24/01