1-CV-00-1631

**JUDGE'S COPY**

JAMES R GREEN
28 FRANKLIN ST. APT.2
POUGHKEEPSIE NY. 12603

4/29/01
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

**FILED**
HARRISBURG, PA

MAY 0 3 2001

MARY E. D'ANDREA CLERK
Per _____ Deputy Clerk

Dear Clerk of the Court;

Please send all future correspondence to the above address. I have changed addresses effective immediately. Thank you for your kind attention.

Sincerely Yours,
James R Green